UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ALEXANDER LAW, P.A.                                                              PLAINTIFF

V.                                              CIVIL ACTION NO. 3:18-CV-425-DPJ-FKB

SENTINEL INSURANCE COMPANY, LIMITED, ET AL.                     DEFENDANTS

ORDER TO SHOW CAUSE

On July 6, 2018, Defendant The Hartford Financial Services Group, Inc., as to itself, filed a motion to dismiss [3].   To date, Plaintiff Alexander Law, P.A. has failed to respond to the motion, and the time to do so under local rules has now expired.   The Court therefore orders that by September 4, 2018, Plaintiff shall either respond to the pending motion or advise the Court that it intends to confess the motion.   Failure to timely respond to this Order may result in an order granting the motion to dismiss without further notice.

**SO ORDERED AND ADJUDGED** this the 21st day of August, 2018.

s/ *Daniel P. Jordan III*_____
CHIEF UNITED STATES DISTRICT JUDGE